

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-91,285-01

### EX PARTE JEREMY AUSTIN CARROLL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 9954 IN THE 411TH DISTRICT COURT
### FROM TRINITY COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of improper relationship between educator and student and indecency with a child and sentenced to twenty years' imprisonment on each charge. The Sixth Court of Appeals affirmed his conviction. *Carroll v. State*, No. 06-18-00052-CR (Tex, App. — Texarkana Oct. 31,2018). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that trial counsel was ineffective by failing to seek suppression of the digital contents of his cell phone, failing to challenge admission of Applicant's pre-test admissions to a polygraph examiner, and failing to challenge the trial court's bias and arbitrary refusal to

consider Applicant's mitigating evidence. Applicant has alleged facts that, if true, might entitle him to relief. *Strickland v. Washington*, 466 U.S. 668 (1984). Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order trial counsel to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether trial counsel's performance was deficient and Applicant was prejudiced. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claims.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed:       August 19, 2020
Do not publish